RECEIVED
IN LAKE CHARLES, LA

JUN - 2 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DAMEON DALEY<br>FED. REG.#03558-017 | CIVIL ACTION NO. 2:10-cv-40<br>MEMBER CASE NO: 2:10-cv-298<br>SECTION P |
| VS. | JUDGE MINALDI |
| J.P. YOUNG, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's Petition for Writ of Habeas Corpus be DENIED and DISMISSED WITH PREJUDICE for failing to state a claim for which relief might be granted.

**THUS DONE AND SIGNED**, in chambers, Lake Charles, Louisiana, on this 2 day of June, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE